UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                                   Chapter 7
                                                                                      18-56313-MAR

Milton Dogan, Jr. and Janise E Krisel-Dogan         Judge Randon

Debtor(s)
_____/

## **ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR BELLAVISTA MORTGAGE PASS-THROUGH TRUST 2004-1**

      This matter having come before this Court on the Motion of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR BELLAVISTA MORTGAGE PASS-THROUGH TRUST 2004-1 ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

      IT IS HEREBY ORDERED that the Automatic Stay is terminated to allow Creditor, its successors or assigns to foreclose on the property known as 23280 Harding Street, Oak Park, MI 48237, for the reasons set forth in Creditor's Motion; that Creditor is permitted to dispose of the property in accordance with the terms of its note and security agreement and in accordance with federal and state law; that F.R.B.P.4001(a)(3), is waived; that this order shall be served on the Chapter 7 Trustee and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**Signed on February 13, 2019**



                                                           /s/ Mark A. Randon
                                                           **Mark A. Randon**
                                                           **United States Bankruptcy Judge**